United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 4, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-30744
Summary Calendar

_____

ANTHONY M. JOHNSON,

Plaintiff-Appellant,

versus

WEAVER, Major; CHARLES M. GRAY; MAGGIO, Officer,

Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 03-CV-735
--------------------

Before HIGGINBOTHAM, DAVIS, and PRADO, Circuit Judges.

PER CURIAM:[*]

Anthony Morris Johnson, Louisiana prisoner # 88158-288425, appeals the district court's denial of his motion for appointment of counsel in this 42 U.S.C. § 1983 action alleging excessive force. Johnson contends that he is a layman of law and that the ends of justice require counsel be appointed to represent him.

This is a relatively straight-forward, fact-intensive case that does not require Johnson to demonstrate legal skills or

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

training to inform the court adequately of his allegations. Johnson's claims are based on his own direct experiences and are not likely to require extensive investigation. Johnson has not shown exceptional circumstances warranting the appointment of counsel. See Feist v. Jefferson County Comm'rs Court, 778 F.2d 250, 253 (5th Cir. 1985). Therefore, the district court did not abuse its discretion in denying the motion for the appointment of counsel.

AFFIRMED.